MWG:DJM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

ANAS ZAKARIA JAIT and
JOEL KINGANGA DICKSON,

    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

C O M P L A I N T

(21 U.S.C. §§ 952(a) and 960(a)(1))

Case No. 25 MJ 304

EASTERN DISTRICT OF NEW YORK, SS:

    BRIAN K. FU, being duly sworn, deposes and states that he is a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations, duly appointed according to law and acting as such.

    On or about October 18, 2025, within the Eastern District of New York and elsewhere, the defendants ANAS ZAKARIA JAIT and JOEL KINGANGA DICKSON, together with others, did knowingly and intentionally import into the United States from a place outside thereof, a substance containing cocaine, a Schedule II controlled substance.

    (Title 21, United States Code, Sections 952(a) and 960(a)(1))

    The source of your deponent's information and the grounds for his belief are as follows:[1]

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

1.      I am a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations ("HSI") and have been since 2024. I am currently assigned to HSI's New York City Airport Border Enforcement Security Task Force, which is focused on targeting and disrupting illicit drug manufacturing and distribution networks in New York. During my time with HSI, I have been involved in the investigation of numerous cases involving drug trafficking and interdiction operations, including drug trafficking through airports. I am familiar with the facts and circumstances set forth below from my participation in the investigation; my review of the investigative file; and reports of other law enforcement officers involved in the investigation.

2.      On or about October 18, 2025, the defendants ANAS ZAKARIA JAIT ("JAIT") and JOEL KINGANGA DICKSON ("DICKSON") arrived at John F. Kennedy International Airport ("JFK") in Queens, New York from Montego Bay, Jamaica via Delta Airlines Flight DL 1957. JAIT and DICKSON both possessed valid passports from the United Kingdom and were scheduled to depart from JFK to London, United Kingdom via Virgin Atlantic Flight VS 46 on or about October 18, 2025.

ANAS ZAKARIA JAIT

3.      During the screening process as part of the defendant JAIT's entry into the United States from Montego Bay, Jamaica, officers with the United States Customs and Border Protection ("CBP") selected JAIT for a baggage enforcement examination. JAIT had in his possession two suitcases, both of which he confirmed were his.

4.      Pursuant to border search authority, CBP officers examined the defendant JAIT's two suitcases which each had a metal tag embossed with the words "Travel for Life." Upon opening one of the pieces of his luggage, a strong glue odor was detected. The contents

of the suitcase were examined and emptied, at which point, CBP officers noticed that the bottom of the suitcase appeared unusually thick and heavy. JAIT was then escorted to a private search room where his suitcases were X-rayed and searched, revealing packages containing white powdery substances within each of the two suitcases. A field test of the white powdery substances revealed the presence of (1) cocaine hydrochloride, with an estimated total weight of approximately 10.05 kilograms divided between two packages in the suitcases; and (2) cocaine freebase, with an estimated weight of approximately 0.50 kilograms within one of the two suitcases.

5. Following the recovery of these controlled substances, law enforcement officers detained the defendant JAIT and provided him with <u>Miranda</u> warnings. The defendant agreed to speak with investigators and stated, in sum and substance, he thought the packages contained marijuana, and he had agreed to bring the packages from Jamaica to the United Kingdom in exchange for an expected payment of approximately 5,000 British pounds. When asked whether he knew the suspect in the conjoining interview room (the defendant DICKSON), JAIT stated that he did not know him but had seen him getting off the plane at JFK.

6. On or about October 19, 2025, law enforcement officers placed the defendant JAIT under arrest.

<u>JOEL KINGANGA DICKSON</u>

7. After arriving from Montego Bay, Jamaica, and while attempting to board the outbound flight to London, United Kingdom via Virgin Atlantic Flight VS 46, DICKSON was stopped by CBP officers for a baggage enforcement examination. DICKSON had in his possession two suitcases, both of which had tags with his name and which each had a metal tag embossed with the words "Travel for Life."

8.      Pursuant to border search authority, CBP officers examined the defendant DICKSON's two suitcases, revealing packages containing white powdery substances within each of the two suitcases. A field test of the white powdery substances revealed the presence of cocaine, with an estimated total weight of approximately 10.75 kilograms divided between two packages in the suitcases.

9.      Following the recovery of these controlled substances, law enforcement officers detained the defendant DICKSON and provided him with <u>Miranda</u> warnings. The defendant agreed to speak with investigators and stated, in sum and substance, that he did not know what was contained in the suitcases, but that he agreed to bring the suitcases from Jamaica to the United Kingdom in order to help his cousin who was in trouble.

10.     On or about October 19, 2025, law enforcement officers placed the defendant DICKSON under arrest.

11.     Based on my training, experience, and familiarity with drug trafficking cases, there is probable cause to believe that the defendants JAIT and DICKSON were operating in concert or being directed by the same organization because both defendants: (1) arrived on the same flight from Montego Bay, Jamaica to JFK and were scheduled to depart on the same flight to London, United Kingdom; (2) had in their possession two suitcases, each with metal tags embossed with the words "Travel for Life" and which appeared to be the same model of suitcase; and (3) had approximately the same quantity of controlled substances containing cocaine divided between each of their respective suitcases.

WHEREFORE, your deponent respectfully requests that the defendants ANAS ZAKARIA JAIT and JOEL KINGANGA DICKSON be dealt with according to law.

_____
BRIAN K. FU
Special Agent
United States Department of Homeland Security,
Homeland Security Investigations

Sworn to before me
on October 20, 2025

_____
THE HONORABLE JAMES R. CHO
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK